JOHN L. BURRIS, ESQ.   CSB#69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA  94621-1939
Tel: (510) 839-5200
Fax: (510) 839-3882
E/M: John.Burris@JohnBurrisLaw.com

Attorneys for Natasha James-England

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA JAMES-ENGLAND | CIVIL NO.  C 11-03977 JSC |
| Plaintiff, | Complaint Filed: June 16, 2011<br>Trial Date: Not set |
| vs | [~~PROPOSED~~] ORDER ON STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS OR FOR MORE DEFINITE STATEMENT |
| UNITED INSURANCE COMPANY OF AMERICA, and DOES 1-10, | |
| Defendants. | |
| -----------------------------------------------/ | |

ORDER

The court having read and considered the parties' request to continue the hearing in this matter on defendant's motion to dismiss the complaint or for a more definite statement, and good cause appearing,

_____

1    IT IS ORDERED that the hearing in this matter is vacated from the calendar of
2    September 22, 2011 at 9:00 a.m. and continued to 9:00 a.m. ~~October 27, 2011.~~
3     November 3, 2011 in Courtroom F.

4

5
    DATED:  September 20, 2011              _____
6                                            UNITED STATES MAGISTRATE JUDGE
                                                  Jacqueline Scott Corley
7