1  JOHN L. BURRIS, ESQ.   CSB#69888
   LAW OFFICES OF JOHN L. BURRIS
2  Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, CA  94621-1939
4  Tel: (510) 839-5200
   Fax: (510) 839-3882
5  E/M: John.Burris@JohnBurrisLaw.com

6  Attorneys for Natasha James-England

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12  NATASHA JAMES-ENGLAND           CIVIL NO.  C 11-03977 JSC

13                                  Complaint Filed: June 16, 2011
              Plaintiff,            Trial Date: Not set
14
                                    [~~PROPOSED~~] ORDER ON
15     vs                           STIPULATION TO CONTINUE
                                    HEARING ON DEFENDANT'S
16                                  MOTION TO DISMISS OR FOR
                                    MORE DEFINITE STATEMENT
17  UNITED INSURANCE COMPANY
    OF AMERICA, and DOES 1-10,
18

19
             Defendants.
20  ----------------------------------------------/

21

22                              ORDER

23      The court having read and considered the parties' request to continue the hearing

24  in this matter on defendant's motion to dismiss the complaint or for a more definite

25  statement, and good cause appearing,

26

27

28

   _____

1   IT IS ORDERED that the hearing in this matter is vacated from the calendar of

2   September 22, 2011 at 9:00 a.m. and continued to 9:00 a.m. ~~October 27, 2011.~~

3   November 3, 2011 in Courtroom F.

4

5

DATED:  September 20, 2011        _____

6                                                              UNITED STATES MAGISTRATE JUDGE
                                                                       Jacqueline Scott Corley
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

_____