JOHN L. BURRIS, ESQ.   CSB#69888
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, CA  94621-1939
Tel: (510) 839-5200
Fax: (510) 839-3882
E/M: John.Burris@JohnBurrisLaw.com

Attorneys for Natasha James-England

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATASHA JAMES-ENGLAND | CIVIL NO.  C 11-03977 JSC |
| Plaintiff, | Complaint Filed: June 16, 2011<br>Trial Date: Not set |
| vs | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; (PROPOSED) ORDER |
| UNITED INSURANCE COMPANY OF AMERICA, and DOES 1-10, | |
| Defendants. | |

**Stipulation**

The parties, plaintiff Natasha James-England and defendant United Insurance Company of America, by and through their counsel, stipulate and agree that the case management conference in this matter, scheduled for December 1, 2011 at 1:30 p.m., may, subject to approval of the court, be continued to December 15, 2011 at 1:30 p.m. The parties have filed their joint case management conference statement and exchanged

---

**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**           1

initial disclosures.  The request for continuance is made upon the request of plaintiff's counsel and is necessitated by the appearance of a client as a witness in a grand jury proceeding in Washington, D.C. as a result of which, counsel will be unavailable to appear at the case management conference.

LAW OFFICE OF JOHN L. BURRIS

November 30, 2011         /S/JOHN L. BURRIS_____
                          Attorneys for Plaintiff
                          Natasha James-England

LITTLER MENDELSON

November 30, 2011         /S/ALEXA L WOERNER_____
                          Attorneys for defendant
                          United Insurance Company of America

**Order**

The court having considered the stipulation of the parties and upon finding good cause,

IT IS ORDERED that the case management conference scheduled for December 1, 2011 is continued to December 15, 2011 at 1:30 p.m.

Dated: December 1, 2011         _____
                                UNITED STATES MAGISTRATE JUDGE
                                Jacqueline Scott Corley

**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**           2