1 | JOHN L. BURRIS, ESQ.   CSB#69888
2 | LAW OFFICES OF JOHN L. BURRIS
  | Airport Corporate Centre
3 | 7677 Oakport Street, Suite 1120
  | Oakland, CA  94621-1939
4 | Tel: (510) 839-5200
  | Fax: (510) 839-3882
5 | E/M: John.Burris@JohnBurrisLaw.com

6 | Attorneys for Natasha James-England

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

NATASHA JAMES-ENGLAND              CIVIL NO.  C 11-03977 JSC

                                   Complaint Filed: June 16, 2011
            Plaintiff,             Trial Date: Not set


      vs                           STIPULATION TO CONTINUE
                                   CASE MANAGEMENT CONFERENCE;
                                   (PROPOSED) ORDER
UNITED INSURANCE COMPANY
OF AMERICA, and DOES 1-10,


            Defendants.
-----------------------------------------------/


**Stipulation**

The parties, plaintiff Natasha James-England and defendant United Insurance Company of America, by and through their counsel, stipulate and agree that the case management conference in this matter, scheduled for December 1, 2011 at 1:30 p.m., may, subject to approval of the court, be continued to December 15, 2011 at 1:30 p.m. The parties have filed their joint case management conference statement and exchanged

---
**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**            1

1  initial disclosures.  The request for continuance is made upon the request of plaintiff's
2  counsel and is necessitated by the appearance of a client as a witness in a grand jury
3  proceeding in Washington, D.C. as a result of which, counsel will be unavailable to
4  appear at the case management conference.

LAW OFFICE OF JOHN L. BURRIS

November 30, 2011                    /S/JOHN L. BURRIS_____
                                     Attorneys for Plaintiff
                                     Natasha James-England


LITTLER MENDELSON


November 30, 2011                    /S/ALEXA L WOERNER_____
                                     Attorneys for defendant
                                     United Insurance Company of America


**Order**

The court having considered the stipulation of the parties and upon finding good cause,

IT IS ORDERED that the case management conference scheduled for December 1, 2011 is continued to December 15, 2011 at 1:30 p.m.


Dated: December 1, 2011              _____
                                     UNITED STATES MAGISTRATE JUDGE
                                     Jacqueline Scott Corley

---
**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**                    2