IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATASHA JAMES-ENGLAND,

    Plaintiff,

v.

UNITED INSURANCE CO. OF AMERICA, et al.,

    Defendants.

No. C- 11-3977 JSC

**PRETRIAL ORDER**

Following the Case Management Conference held on December 15, 2011, IT IS HEREBY ORDERED THAT:

**I.**    **TRIAL DATE**

    A.    Jury trial will begin on **January 14, 2013**, **at 8:30 a.m.,** in Courtroom F, 15th Floor, U.S. District Court, 450 Golden Gate, San Francisco, California.

    B.    The Court is expecting the length of the trial to not exceed seven court days.

**II.**    **SCHEDULING AND THE PRETRIAL CONFERENCE**

The Court adopts the Schedule proposed by the parties in their joint case management statement (Dkt. No. 17) except that the last day to hear dispositive motions will be Thursday, **October 11, 2012** and a Final Pretrial Conference shall be held on Thursday, **December 6, 2012, at 2:00 p.m.,** in Courtroom F, 15th Floor. Each party shall attend by lead trial counsel.

    A.    *Seven days* prior to date of the Final Pretrial Conference the parties shall do the following:

        1.    In lieu of preparing a Joint Pretrial Conference Statement, the parties shall meet and confer in person, and then prepare and file at least *seven days* before the Pretrial Conference a jointly signed Proposed Final Pretrial Order that contains: (a) a brief description of the